IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| RONALD D. WASHINGTON,<br>　　　　　　　　　*Plaintiff,*<br><br>v.<br><br>KROGER LIMITED PARTNERSHIP I,<br>　　　　　　　　　*Defendant.* | No. 3:11–cr–00074<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

This matter is before the court on Defendant's motion for summary judgment. For the reasons set forth in the accompanying Memorandum Opinion, Defendant's motion for summary judgment (docket no. 50) is hereby GRANTED. Additionally, Plaintiff's motion for issuance of subpoenas and to serve witnesses (docket no. 62) and Defendant's motion to continue trial and modify case management order (docket no. 63) are hereby DENIED AS MOOT.

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this Order and the accompanying Memorandum Opinion to Plaintiff and all counsel of record.

Entered this __4th__ day of December, 2012.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　NORMAN K. MOON
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE