IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| RONALD D. WASHINGTON,<br>         *Plaintiff,*<br><br>v.<br><br>KROGER LIMITED PARTNERSHIP I,<br>         *Defendant.* | No. 3:11-CV-00074<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

  This matter is before the court on Defendant's motion to compel a bond for costs on appeal. For the reasons set forth in the accompanying Memorandum Opinion, Defendant's motion (docket no. 74) is hereby GRANTED in part. Pursuant to Fed. R. Civ. P. 54(d)(1), Plaintiff owes Defendant $4,588.37 for costs that Defendant incurred during this litigation.

  It is so ORDERED.

  The Clerk of the Court is hereby directed to send a certified copy of this Order and the accompanying Memorandum Opinion to Plaintiff and all counsel of record.

  Entered this \_\_\_5th\_\_\_ day of February, 2013.

                     */s/ Norman K. Moon*
                     NORMAN K. MOON
                     UNITED STATES DISTRICT JUDGE